IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE STANFORD ENTITIES | § | |
| | § | Civil Action No. 3:09-MD-2099-N |
| SECURITIES LITIGATION | § | |

## ORDER

To utilize limited resources most effectively, the Court requests input from the Receiver, the Examiner, the Official Stanford Investors Committee, the SEC, and any other interested party regarding the priority of decision in various matters pending in all cases within the *In re Stanford Entities Securities Litigation*, including especially those matters where a determination is most likely to advance the parties' ability to move the pending litigation toward an ultimate resolution. This input must be filed with the Court within twenty-one (21) days of the date of this Order.

Signed December 3, 2013.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE